```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00305 OWW |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| MARCO ANTONIO LOPEZ-FLOREZ, ) | |
| ERNESTO ROCHA, ) | |
| ) | |
| Defendants. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendants Marco Antonio Lopez-Florez and Ernesto Rocha and Marco Antonio Lopez-Florez' orally amended written plea agreement to include his agreement to forfeit his right, title, and interest in the below-described property, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, defendants Marco Antonio Lopez-Florez and Ernesto Rocha's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. One 9mm Ruger firearm,

        b.    One Ruger Speed Six .357 magnum handgun with a loaded magazine, and

        c.    One Remington scoped rifle.

2. The above-listed assets constitute, or are derived from, proceeds obtained, directly or indirectly, or were used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 846 and 841(a)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration and Customs Enforcement/Customs and Border Protection in their secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted

on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   April 8, 2011**              _____/s/ Oliver W. Wanger_____
                                        UNITED STATES DISTRICT JUDGE