BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00305-LJO | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE | |
| v. ) | | |
| ERNESTO ROCHA, ) aka Michael Mendez, ) JESUS RODRIGUEZ SALCIDO, and ) MARCO ANTONIO LOPEZ-FLOREZ, ) | | |
| Defendants. ) | | |

WHEREAS, on April 8, 2011 and October 6, 2011, the Court entered Preliminary Orders of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Ernesto Rocha, Marco Antonio Lopez-Florez, and Jesus Rodriguez Salcido in the following property:

      a. One 9mm Ruger firearm,
      b. One Ruger Speed Six .357 magnum handgun with a loaded magazine, and
      c. One Remington scoped rifle.

AND WHEREAS, beginning on April 9 and November 17, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the

1 Court within sixty (60) days from the first day of publication of
2 the notice for a hearing to adjudicate the validity of their
3 alleged legal interest in the forfeited property;
4     AND WHEREAS, the United States sent direct written notice by
5 certified mail to the following persons or entities known to have
6 an alleged interest in the above-listed properties: John Thomas
7 Hernandez, Jr., Dominique C. Minaberrigarai, and Fabian H. Gomez;
8     AND WHEREAS, the Court has been advised that no third party
9 has filed a claim to the subject property and the time for any
10 person or entity to file a claim has expired.
11     Accordingly, it is hereby ORDERED and ADJUDGED:
12     1.  A Final Order of Forfeiture shall be entered forfeiting
13 to the United States of America all right, title, and interest in
14 the above-listed property pursuant to 21 U.S.C. § 853(a), to be
15 disposed of according to law, including all right, title, and
16 interest of Ernesto Rocha, Jesus Rodriguez Salcido, and Marco
17 Antonio Lopez-Florez.
18     2.  All right, title, and interest in the above-listed
19 property shall vest solely in the name of the United States of
20 America.
21     3.  The Department of Homeland Security, Customs and Border
22 Protection shall maintain custody of and control over the subject
23 property until it is disposed of according to law.
24     IT IS SO ORDERED.

25 **Dated:   April 9, 2012**            /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE